```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 18-02134-RNO
Milton A. Ortiz                                                   Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke              Page 1 of 2              Date Rcvd: Apr 01, 2020
                            Form ID: pdf010              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db            +Milton A. Ortiz,    620 N. Putnam St.,    West Hazleton, PA 18202-2125
cr            +BAYVIEW LOAN SERVICING, LLC,,   c/o McCalla, Raymer, Leibert, Pierce LLC,    1544 Old Alabama Rd,
               Roswell, GA 30076-2102
cr             Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
cr            +U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE F,    RAS Crane, LLC,
               10700 Abbott's Bridge Rd, Suite 170,    Duluth, GA 30097-8461
cr            +U.S. Bank Trust National Association, as Trustee f,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006-3357
cr            +Wilmington Savings Fund Society, FSB, doing busine,    1581 Main Street, Suite 200,
               Warrington, PA 18976-3403
5083589        Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
5119243       +Greater Hazleton Joint Sewer Authority,    c/o Joseph D. Ustynoski, Esquire,
               101 West Broad Street, Suite 205,    Hazleton, PA 18201-6303
5063895       +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
               Hazleton, PA 18201-0651
5121450       +Hazle Township Refuse,    PO Box 24,   Lattimer Mines, PA 18234-0024
5063896        Hazleton City Authority,    400 E. Arthur Gardner Pkwy.,    Hazleton, PA 182010-7395
5063897       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5166532       +U.S. BANK TRUST NATIONAL ASSOCIATION,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
5172171        U.S. Bank Trust National Association,    Fay Servicing LLC,    PO Box 814609,
               Dallas, TX 75381-4609
5073248       +Wilmington Savings Fund Society, et al.,    1581 Main Street, Suite 200,
               Warrington, PA 18976-3403
5063901       +Yajaira Ortiz,    604 Landmesser Ave.,    Hazleton, PA 18202-2151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5226713       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 01 2020 19:37:55
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
5226712       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 01 2020 19:37:55
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1873
5063898        E-mail/Text: camanagement@mtb.com Apr 01 2020 19:37:44      M&T Bank,    1100 Wehrle Drive,
               Williamsville, NY 14221
5063900       +E-mail/Text: bkteam@selenefinance.com Apr 01 2020 19:37:41      Selene Finance,
               9990 Richmond Ave., Ste. 400 South,    Houston, TX 77042-4546
5090097       +E-mail/Text: bkteam@selenefinance.com Apr 01 2020 19:37:41
               Wilmington Savings Fund Society, et al.,    c/o Selene Finance LP,    9990 Richmond Avenue,
               Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Hazle Township Refuse,    PO Box 24,   Lattimer Mines, PA 18234-0024
5063899*      +Milton A. Ortiz,    620 N. Putnam St.,    West Hazleton, PA 18202-2125
5172172*       U.S. Bank Trust National Association,    Fay Servicing LLC,    PO Box 814609,
               Dallas, TX 75381-4609
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

- Ashlee Crane Fogle    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI CGS MORTGAGE LOAN TRUST I afogle@rascrane.com
- Ashlee Crane Fogle    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI CGS Mortgage Loan Trust I afogle@rascrane.com
- Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
- Christopher B Slusser    on behalf of Creditor    Hazle Township Refuse chriss@slusserlawfirm.com, lisab@slusserlawfirm.com
- James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
- James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI CGS Mortgage Loan Trust I bkgroup@kmllawgroup.com
- Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT skelly@sterneisenberg.com, bkecf@sterneisenberg.com
- Tullio DeLuca    on behalf of Debtor 1 Milton A. Ortiz tullio.deluca@verizon.net
- United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

IN RE: : CASE NO. 5-18-02134
MILTON A. ORTIZ :
a/k/a Milton Antonio Ortiz :
a/k/a Milton Ortiz :
a/k/a Areobo A. Ortiz :
a/k/a Areobo A. Ortiz Pujols :
 :
Debtors : CHAPTER 13
*************************************************************************
ORDER
*************************************************************************

Upon consideration of Debtor's Motion to Reinstate Case, after hearing held on April 1, 2020, it is

**ORDERED**, that the Debtor's Motion to Reinstate Case is hereby **GRANTED**; and

**FURTHER ORDERED**, that the Debtor's Chapter 13 Case is reinstated.

Dated: April 1, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge  BI