UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MILTON A. ORTIZ
AKA: AREOBO A. ORTIZ PUJOLS,
MILTON ANTONIO ORTIZ, MILTON
ORTIZ, AREOBO A. ORTIZ

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-02134-HWV

MILTON A. ORTIZ
AKA: AREOBO A. ORTIZ PUJOLS,
MILTON ANTONIO ORTIZ, MILTON
ORTIZ, AREOBO A. ORTIZ

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 15, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 15, 2021, the Debtor(s) is/are $5522.00 in arrears with a plan payment having last been made on Sep 11, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 15, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MILTON A. ORTIZ
AKA: AREOBO A. ORTIZ PUJOLS,
MILTON ANTONIO ORTIZ, MILTON
ORTIZ, AREOBO A. ORTIZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-18-02134-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 15, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | SERVED ELECTRONICALLY |
| MILTON A. ORTIZ<br>620 N. PUTNAM ST.<br>WEST HAZLETON, PA 18202 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com