In re:  Case No. 18-02134-HWV
Milton A. Ortiz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jun 25, 2021     Form ID: pdf010     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton A. Ortiz, 620 N. Putnam St., West Hazleton, PA 18202-2125 |
| cr | + | BAYVIEW LOAN SERVICING, LLC,, c/o McCalla, Raymer, Leibert, Pierce LLC, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| cr | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE F, RAS Crane, LLC, 10700 Abbott's Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| cr | + | U.S. Bank Trust National Association, as Trustee f, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| cr | + | Wilmington Savings Fund Society, FSB, doing busine, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5083589 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5119243 | + | Greater Hazleton Joint Sewer Authority, c/o Joseph D. Ustynoski, Esquire, 101 West Broad Street, Suite 205, Hazleton, PA 18201-6303 |
| 5063895 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 5121450 | + | Hazle Township Refuse, PO Box 24, Lattimer Mines, PA 18234-0024 |
| 5063896 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 182010-7395 |
| 5063897 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5166532 | + | U.S. BANK TRUST NATIONAL ASSOCIATION, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5172171 | | U.S. Bank Trust National Association, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5073248 | + | Wilmington Savings Fund Society, et al., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5063901 | + | Yajaira Ortiz, 604 Landmesser Ave., Hazleton, PA 18202-2151 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5226712 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 25 2021 18:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 5226713 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 25 2021 18:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5366799 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 25 2021 18:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5366798 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 25 2021 18:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5063898 | | Email/Text: camanagement@mtb.com | Jun 25 2021 18:53:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5063900 | + | Email/Text: bkteam@selenefinance.com | Jun 25 2021 18:53:00 | Selene Finance, 9990 Richmond Ave., Ste. 400 South, Houston, TX 77042-4546 |
| 5090097 | + | Email/Text: bkteam@selenefinance.com | Jun 25 2021 18:53:00 | Wilmington Savings Fund Society, et al., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

District/off: 0314-5     User: AutoDocke     Page 2 of 3
Date Rcvd: Jun 25, 2021     Form ID: pdf010     Total Noticed: 23
TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Hazle Township Refuse, PO Box 24, Lattimer Mines, PA 18234-0024 |
| 5063899 | *+ | Milton A. Ortiz, 620 N. Putnam St., West Hazleton, PA 18202-2125 |
| 5172172 | * | U.S. Bank Trust National Association, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR CVI CGS MORTGAGE LOAN TRUST I afogle@rascrane.com |
| Ashlee Crane Fogle | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I afogle@rascrane.com |
| Christopher B Slusser | on behalf of Creditor Hazle Township Refuse chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR CVI CGS MORTGAGE LOAN TRUST I bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Tullio DeLuca | on behalf of Debtor 1 Milton A. Ortiz tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MILTON A. ORTIZ<br>AKA: AREOBO A. ORTIZ PUJOLS, MILTON ANTONIO ORTIZ, MILTON ORTIZ, AREOBO A. ORTIZ<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 5-18-02134-HWV |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>vs. Movant(s)<br><br>MILTON A. ORTIZ<br>AKA: AREOBO A. ORTIZ PUJOLS, MILTON ANTONIO ORTIZ, MILTON ORTIZ, AREOBO A. ORTIZ<br>Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: June 25, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)